## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 20, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Fagnani v. Neuhaus Inc.*
       Case No.: 1:25-cv-9779

Dear Judge Schofield,

The undersigned represents Mykayla Fagnani, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Neuhaus Inc., ("Defendant"). With the Defendant's consent, the undersigned respectfully requests that the Initial Conference scheduled for January 27, 2026, at 3:00 PM (Dkt. 6) be adjourned for 30 days because the Parties are exploring the possibility of resolving this matter without judicial intervention and this extension will allow both parties further time to discuss. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: All counsel of record via ECF

Application **GRANTED**.  The Initial Pretrial Conference scheduled for January 27, 2026, at 3:00 P.M. is **ADJOURNED** to **February 24, 2026, at 3:00 P.M.**  The deadline for the parties' joint letter and proposed case management plan pursuant to the Order dated December 1, 2025 (Dkt. No. 6) is **ADJOURNED nunc pro tunc** from January 20, 2026, to **February 17, 2026**.

Dated: January 21, 2026
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE