UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MYKAYLA FAGNANI, ON BEHALF OF            :
HERSELF AND ALL OTHER PERSONS            :
SIMILARLY SITUATED,                      :
:
                       Plaintiff,        :        25 Civ. 9779 (LGS)
:
       -against-                       :        ORDER
:
NEUHAUS INC.,                            :
:
               Defendants.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: February 12, 2026
      New York, New York

                                       LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE